**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 125 EAL 2015
                                :
                     Respondent  :
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
            v.                  :
                                :
                                :
                                :
OMAR REEVE,                     :
                                :
                     Petitioner  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.